IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTY HUGHES, | ) | 7:06CV5019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion to proceed in forma pauperis (filing 3) is granted; accordingly, Plaintiff shall be allowed to proceed without payment of the filing fee.

August 30, 2006                        BY THE COURT:

                                       *s/ Richard G. Kopf*
                                       United States District Judge