IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTY HUGHES, | ) | 7:06CV5019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LINDA S. McMAHON, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Defendant's unopposed motion for an extension of time to submit its responsive brief (filing 14). I will grant the motion.

Accordingly,

IT IS ORDERED:

1. The motion in filing 14 is granted and Defendant shall have until February 28, 2007 to submit its brief;

2. The deadline for Plaintiff's submission of a reply brief is extended to March 14, 2007; and

5. This case shall be ripe for decision on March 15, 2007.

January 30, 2007.              BY THE COURT:

                               *s/Richard G. Kopf*
                               United States District Judge

1