IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTY HUGHES, | ) | 7:06CV5019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date, judgment is entered for Plaintiff and against Defendant providing that Plaintiff is awarded attorney fees and expenses in the amount of $2,031.25.

August 21, 2007.                    BY THE COURT:

                          *s/Richard G. Kopf*
                          United States District Judge